United States District Court
Southern District of Texas
**ENTERED**
August 02, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VACATION PUBLICATIONS, INC.<br>  Plaintiff,<br><br>v.<br><br>AXIS INSURANCE COMPANY<br>  Defendant. | §<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 4:17-cv-00978<br>§<br>§<br>§ |

### DISMISSAL WITH PREJUDICE

The Court has considered Plaintiff's Motion to Dismiss With Prejudice and finds that it should be GRANTED. It is therefore

ORDERED that this lawsuit is dismissed with prejudice. It is further

ORDERED that each party will bear its own costs.

This is a final, appealable order.

Signed this the __2nd__ day of _____August_____, 2018.

_____
**VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE**